IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID GUZMAN PONCIO, § <br> TDCJ NO. 1133666, § <br> § <br>     Petitioner, § <br> § <br> v. § <br> § <br> NATHANIEL QUARTERMAN, Director, § <br> Texas Department of Criminal § <br> Justice, Correctional § <br> Institutions Division, § <br> § <br>     Respondent. § | CIVIL ACTION NO. H-06-2915 |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order entered today, this action is **DISMISSED with prejudice.**

For the reasons stated in the court's Memorandum Opinion and Order and because the petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 8th day of June, 2007.

SIM LAKE
UNITED STATES DISTRICT JUDGE